1  GAY L. CARROLL-HARING (SBN 203803)
   LAW OFFICES OF GAY CARROLL-HARING
2  770 L Street, Suite 950
   Sacramento, California 95814
3  Telephone:    (916) 443-3553
   Facsimile:    (916) 443-2424
4  E-mail:  *gay@carrollharinglaw.com*

5  Attorney for Plaintiff
   JUNA-RAE STERBA
6
   JACKSON LEWIS P.C.
7  DOUGLAS M. EGBERT (SBN 265062)
   ASHLEY L. HOFFMAN (SBN 308727)
8  400 Capitol Mall, Suite 1600
   Sacramento, California  95814
9  Telephone:    (916) 341-0404
   Facsimile:    (916) 341-0141
10 E-mail:  *douglas.egbert@jacksonlewis.com*
   E-mail:  *ashley.hoffman@jacksonlewis.com*
11
   Attorneys for Defendant
12 WORLDPAC, INC.

13

14 UNITED STATES DISTRICT COURT

15 EASTERN DISTRICT OF CALIFORNIA

16

17 JUNA-RAE STERBA,                     Case No. 2:20-cv-00310-JAM-AC

18         Plaintiff,                   **JOINT STIPULATION AND ORDER TO STAY THE ACTION PENDING THE COMPLETION OF PRIVATE MEDIATION**

19      v.

20 WORLDPAC, INC. and DOES 1 through 30,   Complaint Filed:  02/10/20
                                           Trial Date:       TBA
21         Defendants.

22

23     **TO THE HONORABLE COURT:**

24     Juna-Rae Sterba ("Plaintiff") and WorldPac, Inc. ("Defendant") (collectively, the

25 "Parties"), by and through their respective counsel of record, submit this Joint Stipulation and

26 [Proposed] Order to Stay the Action Pending the Completion of Private Mediation ("Stipulation")

27 and respectfully request the Court issue an Order consistent with this Stipulation.

28 ///

WHEREAS, Plaintiff filed her Complaint for Monetary Damages, Injunctive Relief and Demand for Jury Trial ("Complaint") on or about February 10, 2020;

WHEREAS, Plaintiff served Defendant's counsel a waiver of service of summons on March 10, 2020;

WHEREAS, Defendant's counsel, having been authorized by Defendant, executed and returned the waiver of service of summons on March 18, 2020;

WHEREAS, the deadline for Defendant to respond to the Complaint is May 10, 2020;

WHEREAS, the Parties wish to engage in good faith settlement negotiations with the assistance of a private mediator and are currently exchanging the names of potential mediators;

WHEREAS, based on the experiences of the Parties' respective counsel, the potential mediators the Parties are considering are generally scheduled out three to four months if not more;

WHEREAS, the impact of the COVID-19 virus and federal, state, and local restrictions and recommendations may impact the scheduling of mediation;

WHEREAS, the Parties agree good cause exists to stay the action until completion of the mediation, and that such a stay will promote judicial economy and prevent the Parties from incurring unnecessary costs and fees associated with litigating the action;

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. The case will be stayed pending the completion of mediation so the Parties can focus on engaging in good faith settlement discussions and resolving this case at mediation while avoiding the substantial costs, fees, and time associated with litigation;

2. During the stay, Defendant shall not be required to respond to the Complaint, and the Parties shall not engage in any discovery or law and motion practice;

3. Within seven calendar days of completing mediation, the Parties shall jointly notify the Court regarding whether they were able to resolve the case at mediation. In the event the Parties do not resolve the case at mediation, the joint notice submitted to the Court will include proposed deadlines and dates for the following: (a) Defendant's response to the Complaint; (b) Initial disclosures; (c) Expert witness disclosures; (d) Supplemental and rebuttal expert witness disclosures; (e) Joint mid-

litigation statement; (f) Discovery cutoff; (g) Summary judgment filing/serving; (h) Summary judgment hearing; (i) Final pre-trial conference; and (j) Trial.

Based on the foregoing, the Parties respectfully request the Court to stay this action pending the completion of mediation.

Dated: March 19, 2020     LAW OFFICES OF GAY CARROLL-HARING

By: /s/ Gay L. Carroll-Haring (as authorized on March 19, 2020)
       Gay L. Carroll-Haring

Attorney for Plaintiff
JUNA-RAE STERBA

Dated: March 19, 2020     JACKSON LEWIS P.C.

By: /s/ Douglas M. Egbert
       Douglas M. Egbert
       Ashley L. Hoffman

Attorneys for Defendant
WORLDPAC, INC.

## ORDER

Upon review of the Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Stipulation is approved and the Parties are required to act in compliance therewith. Within seven calendar days of completing mediation, the Parties shall jointly notify the Court regarding whether they were able to resolve the case at mediation. In the event the Parties do not resolve the case at mediation, the joint notice submitted to the Court will include proposed deadlines and dates for the following: (a) Defendant's response to the Complaint; (b) Initial disclosures; (c) Expert witness disclosures; (d) Supplemental and rebuttal expert witness disclosures; (e) Joint mid-litigation statement; (f) Discovery cutoff; (g) Summary judgment filing/serving; (h) Summary judgment hearing; (i) Final pre-trial conference; and (j) Trial.

Dated: 3/19/2020                             /s/ John A. Mendez
                                              HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE